1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                              EASTERN DISTRICT OF CALIFORNIA

8

9    ANTOINE L. ARDDS,                          1:18-cv-01324-BAM (PC)

10                   Plaintiff,
                                                ORDER TO SUBMIT APPLICATION
11          v.                                  TO PROCEED *IN FORMA PAUPERIS*
                                                OR PAY FILING FEE WITHIN 45 DAYS
12   HICKS, et al.,

13                   Defendant.

14

15          Plaintiff Antoine L. Ardds ("Plaintiff") is a state prisoner proceeding *pro se* in a civil

16   rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or

17   submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

18          Accordingly, IT IS HEREBY ORDERED that:

19          Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the

20   attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

21   pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

22   **showing of good cause**.  **Failure to comply with this order will result in dismissal of this**

23   **action.**

24
     IT IS SO ORDERED.
25

26      Dated:    **September 27, 2018**              /s/ *Barbara A. McAuliffe*          _
                                                      UNITED STATES MAGISTRATE JUDGE
27

28

                                                     1