# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HICKS, et al.,<br><br>　　　　　Defendants. | 1:18-cv-01324-BAM (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>ORDER TO CLERK'S OFFICE TO SEND PLAINTIFF *IN FORMA PAUPERIS* APPLICATION FOR PRISONER<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Antoine L. Ardds ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was initiated on September 21, 2018, in the Sacramento Division of the United States District Court for the Eastern District of California, (ECF No. 1), and was transferred to the Fresno Division on September 26, 2018, (ECF No. 3).

On September 27, 2018, the Court ordered Plaintiff to submit a completed application to proceed *in forma pauperis*, or pay the filing fee within forty-five (45) days. (ECF No. 5.) On October 9, 2018, Plaintiff filed a declaration in response to the Court's order. (ECF No. 8.) Plaintiff states that he has requested a copy of his inmate trust account statement from prison officials, and he was informed on August 10, 2018 that his application and certified statement had been forwarded to litigation for further processing. Plaintiff alleges that he has experienced difficulty when sending or receiving mail, and that all legal documents must be sent through the

1

law librarian.  Plaintiff further alleges that legal mail bearing the names of certain custody staff is destroyed, hindering the legal process and to retaliate against Plaintiff.  (Id.)  Plaintiff does not request any specific form of relief, although he does indicate a wish to proceed *in forma pauperis* in this action.

As noted above, Court has not received either an application to proceed *in forma pauperis* from Plaintiff or the filing fee for this action.  One of those must be submitted for this action to continue.  To Plaintiff's concern regarding his difficulties in obtaining a certified trust account statement, the Court informs Plaintiff that the Clerk of Court will obtain such information directly from CDCR upon the submission of a completed application to proceed *in forma pauperis* from Plaintiff.  Though Plaintiff may have previously submitted an application, none has been received by the Court, and therefore Plaintiff must complete a new application before the case may continue.

In addition, although Plaintiff's motion does not specifically request an extension of time, the Court finds it appropriate to grant Plaintiff an extension of thirty (30) days to submit a completed application to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff an application to proceed *in forma pauperis* for a prisoner;
2. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and
3. **Requests for extension will not be granted without a showing of good cause**. **Failure to comply with this order will result in a recommendation to dismiss this action.**

IT IS SO ORDERED.

Dated: **October 11, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE