ANTOINE L. ARDDS P-59915
CSP-COR-3B1-115L
P.O. Box 3466
Corcoran, CA 93212
Pro Se

FILED
NOV 07 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

RECEIVED
NOV 07 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTOINE L. ARDDS | 1:18-CV-01324 BAM |
| Plaintiff | [PROPOSED] |
| V. | SUPPLEMENTAL COMPLAINT |
| D. HICKS, et al., | |
| Defendants | |

I, Antoine L. Ardds, declare as follows:

1. Plaintiff is appearing pro se, complaining of defendant, D. Hicks, alleges the following:

2. There is evidence that a perception of insularity and indifference to plaintiff and other Mentally Disabled Patients exist at Corcoran's 3B-Facility, exacerable by the high stress enviroment, and a Union representitive "Defendant D. Hicks" How opposes oversight to the point of actively discouraging members of his labor organization from coming forward with information that could in any way adversely affect another officer. These aspects coupled with the difficult mission at CSP.

Corcoran, have helped Create an entrenched Culture of Self Protection and loyalty to CSP-Corcoran above everything else." SEE: [DOM § 33010.30-33010.30.3 "HIGH STRESS MANAGEMENT"]

3. From Plaintiff's own Observation and Complaints from other vulnerable Mentally Disabled inmate who Can not set forth adequate Complaints, about appeals/ Grievances being read and destroyed, and defendants usage of other inmates as an Instrument in which to physically carry out an assault & Battery upon inmates who Complain or file Complaints against Officials. This Conflicted mission at CSP-Corcoran has made it difficult for plaintiff and Vulnerable Inmates whether by Commitment offense or Mental disability, from programing safely. Defendant D. Hicks is one of many Hard line Officer's along with defendants S. Alcantar, and A. Baylon who continues to show very little regards for 3B-Unit (1) & (2) Enhanced out Patient Program Inmates housed at Corcoran. The most extreme examples are The November 9, 2017 attack on plaintiff and The February 17, 2018 possible death of Inmate D. Cole (3B02-207) at Corcoran 3B-Gym and assault & Battery of this Inmate by at least (15) staff.

"

"

"

4. On June 25, 2015, the Office of the Inspector General, (OIG) received a request and authorization from the Senate Committee on Rules, to review the practices at (HDSP) High Desert State Prison, in Susanville, California, with respect to:

(A): Internal Review of Incidents involving excessive use of force against Inmates.

(B): Protection of Inmates from assaults and harm by others.

(C) Armstrong Class Inmates.

5. Plaintiff brings similar acts and/or omission of the defendants in this matter. Plaintiff moves this court pursuant to Penal Code § 6133, to Enforce the responsibility of The Office of the Inspector General, who is responsible for the Contemporaneous public oversight of the Investigations Conducted by (OIA) OFFICE OF Internal Affairs, and for advising the Public regarding the adequacy of each Investigation and whether discipline of defendants are warranted, and Logged on CDCR 2140 Form, "Internal Affairs Allegation Log."

6. The scope of this (PREPOSED) Supplemental Complaint, Plaintiff prays that it encompasses the areas of the California Department of Corrections and Rehabilitation on Rules' request described

1 hereto, along with the Statutory mandate of (PC)
2 Penal Code Section 6126, which requires the (OIG)
3 OFFICE OF THE INSPECTOR GENERAL to identify areas
4 of full and partial Compliance, or non Compliance
5 with departmental policies and procedures, Specify
6 deficiencies in the Completion and document-
7 ation of Processes and recommend Corrective
8 actions, including, but not limited to, additional
9 Training, additional policies, or Changes in policy
10 as well as any Other finding or recommendations
11 deemed appropriate to safeguard the lives of
12 Corcoran's 3B-Facility Inmates and Staff, as well
13 as The Vunerable Mentally Disabled Inmates.
14
15 7. Plaintiff, herefore, move this Court to order
16 The OFFice of The Inspector General to examine
17 applicable laws, policies, and procedures, as the
18 revisit Past misConduct reports of Defendant
19 D. Hicks, interview staff and inmates formerly
20 assigned to CSP-Cor-3B-Facility E.O.P Program,
21 Review Complaints filed by Inmates and CSPC
22 Staff, review inmate Appeals, disciplinary actions,
23 Confidential Internal Affairs Investigation Involving
24 CSP-Corcoran 3B-Facility.
25
26 8. Base upon Information and belief CSP-Cor-3B-
27 Facility needs Improvement in an adequate System
28 of accountability to ensure that allegations

of defendants D. Hicks, J. Alcantar, and A. Baylon's Abusave' misconduct, and assault and Battery upon the 3B-E.O.P. Population are addressed swiftly, systematically, and fairly for all involved.

9. The Circumstances of staff, ["defendants" D. Hicks, J. Alcantar, and A. Baylon"] Continueous violence upon Vunerable Mentally Disabled Patients, should give raise to the Public scruting of Conditions at CSP-COR-3B-E.O.P Units, Only to highlight the importance of making sure the department's methods for handling reports of Inmate/patient abuse or staff misconduct, or for that matter Criminal Assault and Battery which could possibly lead to Murder are Investigated, and that the Investigator are proforming well.

10. This Supplemental Complaint is filed to ensure that every means by which the department receives information about CSP-COR-3B-Facility's Condition, whether formal or Informal, or from a Inmate, or employee or member of the public, is a valuable opportunity for the department to ensure the integrity of it's opperations. Every Observer ought to be regarded as an asset, and every supervisor ought to be empowered as a portal through which information about BSP-COR-3B Facility Conditions

"SHALL" be Shared, evaluated, investigated and finally adequately addressed.

## FACTUAL ALLEGATIONS

11. On November 9, 2018, at approximately 7:25 am, during Plaintiff be let out to get his medication, he was Threaten by 3B-Dining Officer K. Haines, with a Write up, Rule Violation Report, in regards to complaints, about his exposure to Toxic Black Mold in The East and West Dining room where he works from 0400 hrs through 08:30 hrs. Upon Plaintiff's return he observed Defendant D. Hicks, Passed Two Copies of his Confidential C-file Information, where she C/o K. Haines Placed Them in view of Several Inmates, in her efforts and in Conspiracy with Defendant D. Hicks to incite or provoke violence or an assault upon plaintiff, wherefore to silence this Complaint and his Grievances filed.

12. The Pervasive Complaints and incidents revealed should had at least alerted the Department Head Quaters, Secretary Scott Kernan, and Caused Some action to make sure that such Practices were not occurring.

m

13. However, it appears that no action have been taken. It was evident from the number of E.O.P victims and assailants making allegations of Defendants D. Hicks, S. Alcantar, and A. Baylor misconduct that there is a culture of hostility towards Mentally Disabled Inmates, who are vulnerable to such assaults because of their inability to complain or document such misconduct, because of intimidation, threats, or usage of other inmates where force to invoke fear.

14. Plaintiff has been the voice for the voiceless and is only requesting for protection from this court where force to litigate these matters without further reprisal for so doing and to assist Warden Ken Clark to bring about change for the better good of Corcoran BB-Facility.

WHEREFORE SUBMITTED

Antoine L. Arlds

P-57715  Pro Se

11/05/18

I declare under penalty of perjury that the foregoing is True and Correct

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Antoine L. Ardds__, declare:

I am over 18 years of age and a party to this action. I am a resident of __Corcoran__ __California State Prison - Corcoran__ Prison, in the county of __Kings__, State of California. My prison address is: __P.O. Box 3466__, __Corcoran, CA 93212__.

On __November 1st, 2018 / November 5, 2018__
(DATE)
11/01/18

I served the attached: __Declaration In Support of Injunction, Temporary Restraining Order w/ Exhibit [A] Attachments [Proposed] Supplemental Complaint__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES DISTRICT COURTS
OFFICE OF THE CLERK, U.S. Dist. Court
EASTERN DISTRICT OF CALIFORNIA
FRESNO, CALIFORNIA 93721-1318

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __11/05/18__
(DATE)

__Antoine L. Ardds__
(DECLARANT'S SIGNATURE)