# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS,<br><br>    Plaintiff,<br><br> v.<br><br>HICKS, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-01324-LJO-BAM (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(ECF No. 30)<br><br>**THIRTY (30) DAY DEADLINE** |

  Plaintiff Antoine L. Ardds ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

  On October 31, 2019, the Court issued a screening order directing Plaintiff to either file a second amended complaint or a notice of voluntary dismissal within thirty days. (ECF No. 29.)

  Currently before the Court is Plaintiff's motion for a 60-day extension of time. (ECF No. 30.) Plaintiff states that he did not receive the Court's screening order until November 14, 2019, and due to his new mental health placement in the California Medical Facility for psychiatric treatment and the need for his legal property from CSP Corcoran, he requires an extension of time to prepare his amended complaint. (Id.)

  Having considered the request, the Court finds good cause to grant, in part, the requested extension of time. Fed. R. Civ. P. 6(b). However, the Court finds that an extension of thirty days, rather than sixty, is reasonable under the circumstances.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for extension of time, (ECF No. 30), is GRANTED IN PART;
2. The Clerk's Office shall send Plaintiff a complaint form;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a second amended complaint curing the deficiencies identified by the Court's October 31, 2019 screening order or file a notice of voluntary dismissal; and
4. **If Plaintiff fails to comply with this order, this action will be dismissed for failure to state a claim, failure to prosecute, and failure to obey a court order**.

IT IS SO ORDERED.

Dated: **November 20, 2019**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE