# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS, | Case No. 1:18-cv-01324-NONE-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS |
| v. | |
| HICKS, *et al.*, | (Doc. No. 37) |
| Defendants. | |

Plaintiff Antoine L. Ardds is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 6, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action proceed on plaintiff's second amended complaint with respect to the following cognizable claims: (1) retaliation in violation of the First Amendment against defendants Hicks, Amaya, Alcantar, MycIntyre, Baylon, and Sanchez in their individual capacities arising out of the alleged November 9, 2017 assault; (2) retaliation in violation of the First Amendment against Defendants Hicks, Amaya, Alcantar, MycIntyre, Baylon, Sanchez, and Severens in their individual capacities arising out of their alleged attempt to improperly assign plaintiff outside of his designated EOP mental health level of care unit and place him in an occupied cell after a direction that he receive a single cell placement; and (3) failure to protect from an alleged assault by inmate Hall on November 9, 2017 in violation of the Eighth

Amendment against Defendants Hicks, Amaya, Alcantar, MycIntyre, Baylon, and Sanchez in their individual capacities.  (Doc. No. 37.)  The magistrate judge further recommended that all other claims be dismissed from this action based on plaintiff's failure to state claims upon which relief may be granted.  (*Id.*)  Plaintiff timely filed objections on August 21, 2020.  (Doc. No. 38.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 6, 2020, (Doc. No. 37), are adopted in full;

2. This action shall proceed on plaintiff's second amended complaint, filed December 5, 2019, (Doc. No. 32), for claims of: (1) retaliation in violation of the First Amendment against defendants Hicks, Alcantar, MycIntyre, Baylon, and Sanchez in their individual capacities arising out of the alleged November 9, 2017 assault; (2) retaliation in violation of the First Amendment against Defendants Hicks, Amaya, Alcantar, MycIntyre, Baylon, Sanchez, and Severens in their individual capacities arising out of their alleged attempt to improperly assign plaintiff outside of his designated EOP mental health level of care unit and place him in an occupied cell after a direction that he receive a single cell placement; and (3) failure to protect plaintiff from an alleged assault by inmate Hall on November 9, 2017 in violation of the Eighth Amendment against Defendants Hicks, Amaya, Alcantar, MycIntyre, Baylon, and Sanchez in their individual capacities;

/////
/////
/////
/////
/////

1      3. All other claims are dismissed from this action for failure to state a claim; and

2      4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **September 1, 2020**      /s/ Dale A. Drozd

                                          UNITED STATES DISTRICT JUDGE