# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HICKS, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:18-cv-01324-JLT-BAM (PC)<br><br>ORDER RESETTING DISPOSITIVE MOTION DEADLINE<br><br>Dispositive Motion Deadline: **June 27, 2022** |

　　　　Plaintiff Antoine L. Ardds ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 22, 2021, the Court vacated the merits-based dispositive motion deadline in order to resolve the pending motion for summary judgment based on Plaintiff's failure to exhaust available administrative remedies.  (ECF No. 78.)  The exhaustion-based motion for summary judgment was granted in part and denied in part by the District Judge's order of March 30, 2022.  (ECF No. 87.)  Pursuant to that order, this action now proceeds on Plaintiff's second amended complaint against Defendants Hicks, Amaya, Alcantar, McIntyre, Baylon, and Sanchez for failure to protect Plaintiff from an alleged assault by Inmate Hall on November 9, 2017, in violation of the Eighth Amendment.  (*Id.*)

　　　　Accordingly, the Court finds it appropriate and necessary to reset the merits-based dispositive motion deadline.  Fed. R. Civ. P. 16.

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) shall be **June 27, 2022**; and

2. Any request for an extension of these deadlines must be filed on or before the expiration of the deadline. However, the parties are advised that an extension of time will only be granted upon a clear showing of good cause.

IT IS SO ORDERED.

Dated:   **March 31, 2022**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE