UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS,<br><br>            Plaintiff,<br><br>   v.<br><br>HICKS, *et al.*,<br><br>            Defendants. | No. 1:18-cv-01324-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 92, 98) |

Antoine L. Ardds is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Ardds's second amended complaint against Defendants Hicks, Amaya, Alcantar, McIntyre, Baylon, and Sanchez for failure to protect Ardds from an alleged assault by Inmate Hall on November 9, 2017, in violation of the Eighth Amendment.

On March 8, 2023, the assigned Magistrate Judge issued findings and recommendations that Defendants' motion for summary judgment be granted. (Doc. 98.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen days after service. (*Id.* at 21.) Ardds filed objections on March 23, 2023. (Doc. 99.) Defendants did not file objections, and the deadline to do so has expired.

In his objections, Ardds primarily argues that he successfully exhausted his administrative appeals against Defendant Sanchez. However, this argument is unavailing. The findings and

recommendations found that Ardds failed to exhaust his administrative remedies against Defendants Hicks, Amaya, Alcantar, McIntyre, and Baylon, but proceeded to consider Plaintiff's claims against Defendant Sanchez on the merits. (Doc. 98 at 15–16.) The findings and recommendations then found that the claims against Defendant Sanchez should be dismissed on the merits. (*Id.* at 16–19.) Ardds otherwise does not address the substance of the findings and recommendations. Ardds's remaining arguments regarding his inclusion in the *Armstrong* class action and his intention to file an amended complaint are not relevant.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case, including Ardds's objections. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 8, 2023 (Doc. 98) are **ADOPTED in full**.
2. Defendants' motion for summary judgment (Doc. 92) is **GRANTED**.
3. Ardds's Eighth Amendment claim against Defendants Hicks, Amaya, Alcantar, McIntyre, and Baylon for failure to protect Plaintiff from an alleged assault by Inmate Hall on November 9, 2017 is **DISMISSED** without prejudice for failure to exhaust administrative remedies.
4. Ardds's Eighth Amendment claim against Defendant Sanchez for failure to protect Ardds from an alleged assault by Inmate Hall on November 9, 2017, is **DISMISSED** with prejudice.
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 29, 2023**

UNITED STATES DISTRICT JUDGE

2